747 A.2d 280

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRIAN SEYLER, DEFENDANT–APPELLANT.

February 17, 2000.

This matter having come before the Court on defendant's appeal as of right pursuant to *Rule* 2:2–1(a)(2), and the Court having reviewed the opinions of the Appellate Division, the briefs of counsel, and the record below,

And good cause appearing; .

It is ORDERED that the judgment of the Appellate Division is summarily affirmed. *R.* 2:11–1(b).